FILED
2010 FEB 24 P 2:41
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 10 80045 MISC

Michael Steven Cantarutti - #158373

/

**ORDER TO SHOW CAUSE**

It appearing that Michael Steven Cantarutti has been suspended for 18 months with 3 years probation with conditions by the Supreme Court of California effective January 14, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before April 2, 2010 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Michael Steven Cantarutti
Attorney At Law
1514 Hopper Ave
Santa Rosa, CA 95403