**FILED**

MAY 17 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

Michael Steven Cantarutti,

State Bar No 158373

No CV 10 80045 MISC VRW

ORDER

On February 24, 2010, the court issued an order to show cause (OSC) why Michael Steven Cantarutti should not be removed from the roll of attorneys authorized to practice law before this court, based upon his 18 month suspension by the Supreme Court of California, effective January 14, 2010.

The OSC was mailed to Mr Cantarutti's address of record with the State Bar on March 1, 2010. A written response was due on or before April 2, 2010. No response to the OSC has been filed as of this date.

The court now orders Michael Steven Cantarutti removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In The Matter of

Michael Steven Cantarutti,

_____/

Case Number: C 10-80045 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 17, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Steven Cantarutti
1514 Hopper Ave
Santa Rosa, CA 95403

Dated: May 17, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*